

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00253-CV

———————————————

IN THE INTEREST OF J.C. AND J.C., CHILDREN

---

On Appeal from the 325th District Court
Tarrant County, Texas
Trial Court No. 325-658827-19

---

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant filed a timely notice of appeal from the trial court's August 17, 2021 judgment. But while the trial court still had plenary jurisdiction, it granted Appellant's motion for new trial. *See* Tex. R. Civ. P. 329b(a), (e).

On August 26, 2021, we informed the parties that the new-trial order rendered this appeal moot and that the appeal would be dismissed unless, on or before September 7, 2021, any party desiring to continue the appeal filed a response. *See* Tex. R. App. P. 42.3. September 7 has passed, and neither party has filed a response.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f). The parties will bear their own costs. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: September 30, 2021